

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. 73,244

---

## EX PARTE HILLMAN LESLIE TROTTER, Applicant

---

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

---

*The opinion was delivered per curiam.* Meyers, J., dissents.

### O P I N I O N

This is a post-conviction application for a writ of habeas corpus filed pursuant to Article 11.07, V.A.C.C.P. Applicant was convicted of possession of cocaine and his punishment, enhanced by a prior conviction, was assessed at thirty years imprisonment. This conviction was affirmed, Trotter v. State, No. 05-92-1693-CR (Tex.App. - Dallas, delivered August 23, 1993, no pet.).

Applicant contends that he was denied an opportunity to file a petition for discretionary review because his appellate attorney did not notify him that the

conviction had been affirmed or what he needed to do to file such a petition. An affidavit filed by appellate counsel states that counsel has no record any notice of the affirmance was sent to Applicant. The trial court has recommended that Applicant be granted an opportunity to file an out-of-time petition for discretionary review.

Therefore, Applicant is entitled to relief. Ex parte Wilson, 965 S.W.2d 25 (Tex.Cr.App. 1997). The proper remedy in a case such as this is to return Applicant to the point at which he can file a petition for discretionary review. He may then follow the proper procedures in order that a meaningful petition for discretionary review may be filed. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the Court of Appeals' decision had been rendered on the day the mandate of this Court issues. We hold that should Applicant desire to seek discretionary review, he must take affirmative steps to see that his petition is filed in the Court of Appeals within thirty days after the mandate of this Court has issued.

PER CURIAM

DELIVERED: December 2, 1998
DO NOT PUBLISH

Meyers, J., dissents

Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711

PRESORTED
FIRST CLASS

U S POSTAGE
0.2 5 4

AUSTIN
DEC - 3'98
TX

P B METER
5306290



LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

73,244

75202-4808034